The American Manufacturing Company, Appellant, v. The City of New York and John H. O'Brien, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Joseph L. Bergen, Respondent, v. George N. Seger and Theodore Gross, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Fannie M. Bliss, Appellant, v. Emil Prell, Respondent.— Order unanimously affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Terence Brennan, Respondent, v. Mary Kennedy, Appellant.— Appeal dismissed by default, with costs. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Margaret Brennen, Plaintiff, v. Frederick Francisco and Sonn Brothers Company, Appellants, Impleaded with Bridget Francisco, Respondent, and Others. Lawrence Jones and Saunders P. Jones, Judgment Creditors, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

J. Haseltine Carstairs, Respondent, v. John H. Tegeler and Jennie C. Tegeler, Defendants, Impleaded with Leonard C. Marum, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Maude L. Case, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

James S. Clem, Appellant, v. Alice L. Fairchild, as Administratrix, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Eda Daly, Appellant, v. Rachel Welsh, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Louisa Dieckman, Respondent, v. Sigmond Lasarovitz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.